FILED
DEC -6 2016
U.S. BANKRUPTCY COURT
BY_____ DEPUTY

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

IN RE: Maria Leticia Sandoval.   CASE NO:

# 16-31968

### PRO SE FILING QUESTIONNAIRE

(1) A. Did anyone assist you in completing your petition or schedules?   No

B. If so, please provide their name, address and phone number, if available.

---

(2) A. If someone assisted you, have you paid or promised to pay that person a fee for assisting you in filing this petition or completing forms?   No

B. If so, what amount did you pay or promise to pay?

(3) Other than in Question #2, have you paid or promised to pay anyone a fee in connection with filing this bankruptcy petition?   No

*I declare under penalty of perjury that the foregoing is true and correct.*

Maria Leticia Sandoval.

_____
Signature of Pro Se Debtor(s)