# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

IN RE: **Maria Leticia Sandoval**, Debtor(s)

Bankruptcy Case No.: 16–31968–hcm

Chapter No.: 13

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

    IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

    IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

###

**SO ORDERED.**

**SIGNED this 06th day of December, 2016.**

_____
**Yvette M. Taylor**
**Clerk, U.S. Bankruptcy Court**
**BY: Cardenas, Rachel**