# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

IN RE: **Maria Leticia Sandoval**, Debtor(s)

Bankruptcy Case No.: 16–31968–hcm

Chapter No.: 13

### ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

###

**SO ORDERED.**

**SIGNED this 06th day of December, 2016.**

_____
Yvette M. Taylor
Clerk, U.S. Bankruptcy Court
BY: Cardenas, Rachel

United States Bankruptcy Court
Western District of Texas

In re:  
Maria Leticia Sandoval  
    Debtor

Case No. 16-31968-hcm  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0542-3     User: cardenasr     Page 1 of 1     Date Rcvd: Dec 06, 2016  
                     Form ID: pdfintp     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 08, 2016.  
db          +Maria Leticia Sandoval,    1577 Gene Torres,    El Paso, TX 79936-6116

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                                       TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2016                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 6, 2016 at the address(es) listed below:  
          Stuart C. Cox     mbeard@ch13elpaso.com  
          United States Trustee - EP12     USTPRegion07.SN.ECF@usdoj.gov  
                                                                                                                                             TOTAL: 2